Darrell King: #26022-111
U.S.P. Victorville
P.O. Box 3900, 3A/113
Adelanto, California 92301

FILED
DEC 30 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California

| | |
|---|---|
| Darrell King,<br><br>Petitioner. | Case No. 3:81-cr-00311 RS<br><br>Petition For The Reduction Of Time |

Your Honor you are well aware of the circustances history of instant case. Respectfully I, petitioner request consideration compassion and "Reduction Of Time".

Current case law, which here is omitted, permits a district court to inquire into whether or not a person sentenced today who receive a lesser sentence than those sentenced at an earlier time.

If the Courts exclude the "Old Law" prisoners a vehicle to have there

cases reviewed under this analysis — it would constitute an expofacto violation that results when the courts deny review to a class of inmates that they afford to those similarly situated.

Fifth Amendment

Here, Petitioners request for reduction of time without question is within the authority scope of the District Judge The United States District Court.

This Honorable Court stated that had the "Compassionate Release" statutes been retroactive. the Courts Order of December 23, 2020 "order might release Darrel King ("King") from federal custody. King is, after all, a strong candidate: he is 77 years old and highly vulnerable to COVID-19;

has just begun, upon release from 38 years in California prison. a 45-year federal setence imposed in 1982; and has a wife who is struggling with cancer. Yet the story does not end there".

As this Court predicted Petitioner at the very beginning of the COVID-19 epidemic petitioner was infected with the virus, but for the grace of God's intervention petitioner nearly died. To this very day, petitioner now at the age of 81, still have experience feel the physical effects of this awful strange virus. And according to all the medical professionals diagnosis perhaps to petitioners final days petitioner will suffer the weird symptoms affect of

of the COVID-19 virus.

January 25, 2024 petitioner's beautiful loyal supportive wife of nearly five decades after a long excruciating battle of lung cancer expired made her transition.

Petitioner although losing his best supporter is bless to have a strong support system. Letters to petitioner are on record with this Court. Petitioner at this junctur will not submit additional letters of support.

Petitioner was paroled and the California Board of Paroles prior the parole found that petitioner does not pose a threat to society.

Petitioner now an elderly man have developed a number of

medical issues and challenges. Some of petitioners ailments are geriatric related and some hereditary. Petitioner is greatful to an higher power despite his elderly age and too many years of incarceration his mental capacity is strong.

Petitioner prays he will be allowed to die with his family in society.

Petitioner pray this Honorable Court grant petitioner the requested "Time Reduction" facilitating an early release.

Submitted this December 26, 2024.

[signature]
Darrell King, In Pro Per