UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>DARREL KING,<br><br>          Defendant. | Case No.  81-cr-00311-RS-1<br><br>**ORDER REQUESTING RESPONSE** |

      The government is requested to file a response to defendant's letter petition, Dkt. No. 285, no later than January 16, 2025.

**IT IS SO ORDERED**.

Dated: January 2, 2025

_____
RICHARD SEEBORG
Chief United States District Judge