Darrell King
Prison No. 26022-111
U.S.P. Victorville
P.O. Box 3900/3B/113
Adelanto, California 92301

5/15/2025

FILED
MAY ~~APR~~ 19 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

| | |
|---|---|
| United States Of America<br>Plaintiff,<br>v.<br>Darrell King,<br>Defendant. | Case No. 81-cr-00311-RS<br>Writ Of Habeas Corpus |

Defendant year prior filed a petition in this court citing citing his authority, United States v. Bell, 46 F.3d 442 (5th Cir. 1995).

Due to defendants, at that juncture, lack of knowledge and lack of specificity of criminal law defendant incorrectly litigated

defendants conviction instead of, the real issue, which was, and is, the sentence.

Although the court was aware That defendant was inept, the court could not guess, given defendants presentation, whether defendant was contesting the conviction or what by citing "Bell".

Defendant now come before this court more knowledgable aware how with specificity present the case ruling disposition in "U.S. v. Bell"; as it applies to; "U.S. v. King".

A review by the court will: clearly ascertain defendant citing

U.S. v. Bell, is indeed the quintessential case decided in "Bell" which apply parallels defendants second conviction in federal court.

The charges in state and federal court for both "Bell" and defendant arose from the same conduct and Therefore the rulings in "Bell" should and must apply to defendant.

Defendants argument, had the sentence in 1981 correctly been applied concurrent to the 27 to Life defendant was already serving. Defendant served the life sentence and was paroled.

Defendant submit that

He is now in prison for a crime he has already served time for. Therefore, defendant is being held unconstitutionally by the BOP.

Defendant in the interest of justice, defendant be forthwith released.

Defendant submit to the court That a review of instant case will indeed substantiate his claim and agree defendants state and federal cases are indubitably connected and confirm by the fact that the federal case was not brought before this court until defendants conviction in state court using the exact same evidence, same

witnesses, same investigating officers. U.S. v. Bell, 46 F.3d 442 (5th Cir. 1995), opinion disposition Constitutionally apply in Re: United States v. Darrel King, No. 81-cr-00311-RS, thus the court the power constitutional duty obligation authority to change correct or modify defendants current sentence.

Defendant respectfully request, in closing, in the interest of justice, defendant be forthwith released.

Submitted: this May 15, 2025

[signature]

Darrell King, in proper