UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DARREL KING,<br>    Defendant. | Case No. 81-cr-00311-RS-1<br><br>**ORDER RE CONDITIONS OF RELEASE** |

On November 4, 2025, an order issued granting defendant Darrel King "compassionate release," and directing the government to "initiate procedures to release King from custody as soon as is practicable, but in no event later than November 14, 2025." Dkt. No. 300. On November 14, 2025, in response to the government's motion for a stay, the release date was extended to November 20, 2025, at 3:00 p.m., and the government was again invited to propose any conditions for supervised release it might contend are appropriate. Dkt. No. 302.

The government has now responded with a proposed order setting out conditions of release, and a brief preserving its contentions that the order directing King's release was improper in the first instance, and raising alleged legal and practical issues with imposing any conditions of release on King. The court understands the unique circumstance of this case may raise complicated logistical issues, and appreciates the efforts the government reports it has been making "to navigate with the Bureau of Prisons, the U.S. Probation Office, and the U.S. Parole Commission."

The court also acknowledges that ideally King should be given notice and the opportunity to be heard regarding conditions of release. It would not be in the interests of justice under the circumstances here, however, to postpone his release pending such a hearing. Accordingly, the government's proposed order, set out in pages 7-8 of Dkt. No. 303, will be separately entered, without prejudice to any party's right to seek modification of those conditions.

**IT IS SO ORDERED**.

Dated: November 18, 2025

_____
RICHARD SEEBORG
Chief United States District Judge