UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARREL KING,

Defendant.

Case No. 81-cr-00311-RS-1

**ORDER REQUESTING UPDATE AND RESPONSE**

On November 4, 2025, an order issued directing defendant King's release from prison on compassionate grounds, to be effected no later than November 14, 2025. Dkt. No. 300. The release deadline was subsequently extended, and is currently set as February 2, 2026, at 3:00 p.m. See Dkt. 313. The order setting the current release deadline, however, advised King that "it seems probable Congress will again extend the repeal of § 4205(g), in which case the court may have to conclude it lacks jurisdiction to order compassionate release." *Id.*

That order also urged the U.S. Attorney in consultation with the Bureau of Prisons to conduct a further evaluation as to whether the Bureau of Prisons has, and should exercise, the discretion to release King from custody, and/or to submit a motion for compassionate release on his behalf. Although under no obligation to do so, the government has not filed a response to that order.

The government is now requested to file a response no later January 30, 2026, addressing the following:

United States District Court
Northern District of California

1. Have the U.S. Attorney and the Bureau of Prisons evaluated whether the Bureau of Prisons possesses, and should exercise, the discretion to release King from custody, and/or to submit a motion for compassionate release on his behalf, and what is the status of any such evaluation?

2. What is the government's understanding as to when extension of the repeal of §4205(g), currently expires, and what is the status of any efforts to extend that date? The court understands the government contends King is not entitled to relief regardless of any effective date of the repeal of § 4205(g), and it should not repeat those arguments.

3. King has filed a "motion," Dkt. No. 315, complaining he is not timely receiving documents mailed to him in this action. The government shall respond to the assertions. King's motion also requests that he be transported and allowed to appear in person at the "February 2" hearing. As reflected above, there is no February 2, 2026, hearing scheduled, and King should not presume the release deadline currently set for that date will not be again extended or permanently terminated.

**IT IS SO ORDERED**.

Dated: January 20, 2026

_____

RICHARD SEEBORG
Chief United States District Judge

CASE NO. 81-cr-00311-RS-1