United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

DARREL KING,
Defendant.

Case No. 81-cr-00311-RS-1

**ORDER**

In November of 2025, defendant Darrel King was ordered released on compassionate grounds. Dkt. No. 300. That order was subsequently stayed a number of times. *See* Dkt. Nos. 302, 311, 318. Following the most recent order extending the stay, King filed a document entitled "Writ of Mandamus," captioned and addressed to the Ninth Circuit. Dkt. 320. More recently, King has filed a motion requesting lifting of the stay on the release order. Dkt. 326.

It appears King may not have properly invoked the Ninth Circuit's jurisdiction over his challenge to the stay of the release order. In the event King wishes to seek relief from the Ninth Circuit, he is directed to make the appropriate filing in that court. If King wishes to waive any challenge to the stay order at this juncture (without prejudice to his right, if any, to appeal a subsequent final order), he may file a statement to that effect. King's motion to lift the stay is denied without prejudice to renewal following resolution of whether the issue is before the Ninth Circuit or not.

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: August 11, 2026



RICHARD SEEBORG
United States District Judge